641 A.2d 581

**Dorothy I. DEPPEN and Kenneth L. Deppen, her husband, Appellants,**

v.

**William J. SAVORY, M.D., Bernard W. Juvelier, M.D. and Harrisburg Hospital, Appellees.**

**No. 42 Middle District Appeal Docket 1994.**

Supreme Court of Pennsylvania.

June 8, 1994.

## JURISDICTIONAL STATEMENT

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of JUNE 8, 1994, the appeal in the above captioned matter is quashed.

MONTEMURO, J., is sitting by designation as senior justice pursuant to Judicial Assignment Docket No. 94 R1800 due to the unavailability of LARSEN, J.; see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

* Mr. Senior Justice Montemuro is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R 1800, due to the unavailability of Mr. Justice Larsen, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.